54 A.3d 11

COMMONWEALTH Of Pennsylvania, Respondent

v.

David HOLLOWAY, Petitioner.

No. 116 EM 2012.

Supreme Court of Pennsylvania.

Sept. 25, 2012.

## ORDER

PER CURIAM.

AND NOW, this 25th day of September, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.